NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORENZO ANALCO ARELLANO,<br><br>Plaintiff,<br><br>v.<br><br>R & J SUPERMARKET CORP., d/b/a LA ROCA SUPERMARKET, and JOSE NOLASCO,<br><br>Defendants. | Civil Action No. 19-818 (SDW) (LDW)<br><br>**ORDER**<br><br>October 22, 2019 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated October 7, 2019, which recommends that Plaintiff Lorenzo Analco Arellano's Complaint be stricken and this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 16(f). No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (D.E. 17) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

      /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre